

FILED

DEC 1 ; 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 13-24-BU-SEH |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| JESUS PIMENTEL-LOPEZ, | |
| Defendant. | |

The Court has received the resubmitted and revised invoice from Norma D. Fender, dated December 11, 2017, for Spanish interpretation services in the amount of $1053.03 to translate the Revised Presentence Investigation Report in this case.

Notwithstanding the failure of counsel to obtain authorization prior to procuring the interpreter services, the court finds the services of the interpreter were necessary for adequate representation of the Defendant.

-1-

ORDERED:

Defendant's Motion for Authorization of Expert Fees[1] is GRANTED as follows:

The CJA 21 Authorization and Voucher for Expert and Other Services in the amount of $1053.03 is approved and authorized for payment

DATED this 12th day of December, 2017.

*[signature: Sam E. Haddon]*

SAM E. HADDON
United States District Judge

---

[1] Doc. 369.